UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-cv-61794-WJZ

ALVERINE CARTY

    Plaintiff

v.

PALM BEACH CREDIT ADJUSTERS INC.
d/b/a FOCUS FINANCIAL SERVICES

    Defendant

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby provide notice of this Stipulation for Dismissal of this action, with prejudice, and that this matter be closed and dismissed for all purposes.

Stipulated and Agreed to on this 19th day of November, 2015 and that this matter be closed and dismissed for all purposes.

| | |
|---|---|
| s/ Jason Weaver Esq. | /s/ Ernest H. Kohlmyer, III |
| Jason Weaver PA | Ernest H. Kohlmyer, III, Esq., LL.M. |
| FBN 0392596 | Florida Bar No. 110108 |
| jasonweaveresq@gmail.com | kohlmyer@urbanthier.com |
| 2750 N. 29 Ave. Suite 120 | Urban, Thier & Federer, P.A. |
| Hollywood, FL 33020 | 200 S. Orange Avenue, Suite 2000 |
| Telephone: (954) 870-4090 | Orlando, FL 32801-3418 |
| Facsimile: (954) 212-0191 | Telephone: 407-245-8352 |
| Facsimile: 305-577-1063 | Facsimile: 407-245-8361 |
| Attorneys for Plaintiff | Attorneys for Defendant |