UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61794-CIV-ZLOCH

ALVERINE CARTY,

      Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

PALM BEACH CREDIT ADJUSTERS,
INC., d/b/a FOCUS FINANCIAL
SERVICES,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice (DE 13), filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation Of Dismissal With Prejudice (DE 13), filed herein by all Parties, be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   10th   day of December, 2015.

                              /s/ William J. Zloch
                              WILLIAM J. ZLOCH
                              United States District Judge

Copies furnished:

All Counsel of Record